**FRIEDA BELCHATOWSKI v. ABRAHAM BELCHATOWSKI**

13 So. (2nd) 314   ·                                 January Term, 1943
May 11, 1943                                           Division A

*Leonard C. Egert,* for appellant.
*Edward L. Lustgarten,* for appellee. ·

PER CURIAM:

This is an appeal from a final decree of divorce. The questions propounded have been thoroughly considered but the decree appealed from finds ample support in the record and is affirmed.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.